# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois    60604**

November 19, 2014

**Before**

DIANE P. WOOD, *Chief Judge*

MICHAEL S. KANNE, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

Nos. 13-2436 & 13-2441

| | |
|---|---|
| UNITED STATES OF AMERCIA, | Appeals from the United States |
| *Plaintiff-Appellee,* | District Court for the Eastern District |
| | of Wisconsin. |
| *v.* | |
| P.H. GLATFELTER COMPANY and | No. 1:10-cv-00910-WCG |
| NCR CORPORATION, | |
| *Defendants-Appellants.* | **William C. Griesbach,** |
| | *Chief Judge*. |

**O R D E R**

The opinion issued in the above-entitled case on September 25, 2014 is hereby **AMENDED** as follows:

On page 30 of the opinion, line 25 is corrected to read "government estimates ranged from "roughly 58,000 to 85,000" kg.